MICHAEL K. FRIEDLAND (157217)
michael.friedland@kmob.com
LAUREN KELLER KATZENELLENBOGEN (223370)
lkeller@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff*

ALEXIA L. LEWIS (235867), all@msk.com
MITCHELL SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

L. CLINT CROSBY (admitted *Pro Hac Vice)*
ccrosby@bakerdonelson.com
MEGAN KREITNER OUZTS (admitted *Pro Hac Vice)*
mouzts@bakerdonelson.com
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
3414 Peachtree Road NE, Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501

*Attorneys for Defendants, John Thomas, John Adams and Michael Scott Mulberry*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CONTINENTAL APPLIANCES, INC., a California corporation,,

Plaintiff,

v.

JOHN THOMAS, JOHN ADAMS, and MICHAEL SCOTT MULBERRY,

Defendants.

CASE NO. 3:12-cv-01310-EMC

Honorable Edward M. Chen

**(~~Proposed~~)**
**ORDER GRANTING JOINT STIPULATION TO EXTEND HEARING ON DEFENDANTS' MOTION TO DISMISS**

On July 3, 2012, the parties filed a stipulation to reset the hearing on Defendants' Motion to Dismiss from July 6, 2012 to August 10, 2012. The Court having considered the parties' joint

stipulation and it appearing that there is good cause for the stipulation, hereby GRANTS the parties joint stipulation and orders that the hearing on Defendants' Motion to Dismiss be reset to August 10, 2012 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 7/5/12




Hono
United