Alexa L. Lewis  (SBN 235867)
all@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064
Phone:  (310) 312-2000
Facsimile:  (310) 312-3100

L. Clint Crosby (Georgia Bar No. 197877)
ccrosby@bakerdonelson.com
Megan Kreitner Ouzts (Georgia Bar No. 142654)
mouzts@bakerdonelson.com
Admitted Pro Hac Vice
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
3414 Peachtree Road, N.E.
Monarch Plaza, Suite 1600
Atlanta, Georgia 30326
Phone:  (404) 577-6000
Facsimile:  (404) 221-6501

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL APPLIANCES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT MULBERRY,<br><br>Defendant. | No. CV12-01310 EMC<br><br>The Honorable Judge Chen<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PARTIES' REQUEST TO MOVE HEARING AND CASE MANAGEMENT CONFERENCE FROM NOVEMBER 9, 2012 TO DECEMBER 14, 2012 AT 1:30 P.M.** |

Plaintiff Continental Appliances, Inc., and Defendant Michael Scott Mulberry (jointly the "Parties") filed a Joint Stipulation pursuant to Local Rules 6-2(a) and 7-12 requesting an Order removing the hearing and case management conference set for November 9, 2012 at 1:30 p.m. from the Court's calendar and rescheduling said hearing and conference for December 14, 2012 at 1:30 p.m. in order to allow the Parties to continue to pursue settlement.

Good cause appearing therefore, The Court hereby approves the stipulation and **ORDERS** that the hearing and case management conference currently set for this Friday, November 9, 2012, is

1  hereby rescheduled to December 14, 2012 at 1:30 p.m.

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3  Entered this __8th__ day of November, 2012.

5  _____

6  Honorable Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*