1  Alexa L. Lewis  (SBN 235867)
   all@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 W. Olympic Boulevard
3  Los Angeles, CA 90064
   Phone:  (310) 312-2000
4  Facsimile:  (310) 312-3100

5  L. Clint Crosby (Georgia Bar No. 197877)
   ccrosby@bakerdonelson.com
6  Megan Kreitner Ouzts (Georgia Bar No. 142654)
   mouzts@bakerdonelson.com
7  Admitted Pro Hac Vice
   BAKER, DONELSON, BEARMAN,
8  CALDWELL & BERKOWITZ, P.C.
   3414 Peachtree Road, N.E.
9  Monarch Plaza, Suite 1600
   Atlanta, Georgia 30326
10 Phone:  (404) 577-6000
   Facsimile:  (404) 221-6501
11
   *Counsel for Defendant*
12
            IN THE UNITED STATES DISTRICT COURT
13          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION
14

15 | CONTINENTAL APPLIANCES, INC., a California corporation, | No. CV12-01310 EMC |
   |---|---|
16 | Plaintiff, | The Honorable Judge Chen |
17 | v. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PARTIES' REQUEST TO MOVE HEARING AND CASE MANAGEMENT CONFERENCE FROM NOVEMBER 9, 2012 TO DECEMBER 14, 2012 AT 1:30 P.M.** |
18 | MICHAEL SCOTT MULBERRY, | |
19 | Defendant. | |
20

21      Plaintiff Continental Appliances, Inc., and Defendant Michael Scott Mulberry (jointly the
22 "Parties") filed a Joint Stipulation pursuant to Local Rules 6-2(a) and 7-12 requesting an Order
23 removing the hearing and case management conference set for November 9, 2012 at 1:30 p.m. from
24 the Court's calendar and rescheduling said hearing and conference for December 14, 2012 at 1:30
25 p.m. in order to allow the Parties to continue to pursue settlement.
26
27      Good cause appearing therefore, The Court hereby approves the stipulation and **ORDERS**
28 that the hearing and case management conference currently set for this Friday, November 9, 2012, is

A LCC 2420546 v1
2170521-000019  11/07/2012

1 | hereby rescheduled to December 14, 2012 at 1:30 p.m.

2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3 | Entered this 8th day of November, 2012.

5 | _____
6 | Honorable Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)