Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Benjamin A. Katzenellenbogen (SBN 208,527)
ben.katzenellenbogen@knobbe.com
Lauren Keller Katzenellenbogen (SBN 223,370)
lkeller@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street; Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Attorneys for Plaintiff
CONTINENTAL APPLIANCES, INC.

Alexa L. Lewis (SBN 235,867)
all@msk.com
MITCHELL SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064
Phone: (310) 312-2000; Facsimile: (310) 312-3100

L. Clint Crosby (admitted *pro hac vice)*
ccrosby@bakerdonelson.com
Megan Kreitner Ouzts (admitted *pro hac vice*)
mouzts@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
3414 Peachtree Road NE, Suite 1600
Atlanta, GA 30326
Phone: (404) 577-6000; Facsimile: (404) 221-6501

Attorneys for Defendants
MICHAEL SCOTT MULBERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL APPLIANCES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN THOMAS, JOHN ADAMS, and MICHAEL SCOTT MULBERRY, all individuals,<br><br>Defendants. | Civil Action No. CV12-01310 EMC<br><br>**[PROPOSED]**<br>**ORDER CONFIRMING DISMISSAL WITH PREJUDICE**<br><br>Honorable Edward M. Chen |

1  The Court, having considered the parties' stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and for good cause shown,

IT IS HEREBY ORDERED that the Court confirms that this action is dismissed with prejudice, each party shall bear its own costs, expenses, and attorneys' fees, and the Court shall retain jurisdiction to enforce compliance with the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: 12/4/12        By: _____
                          The Honorable Edward M. Chen
                          United States District Court Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

14425391

- 1 -                    [Prop.] Order Confirming Dismissal With Prejudice